UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robin Drug Co., d/b/a Merwin
Pharmacy,

       Plaintiff,                       Civil No. 03-3397 (RHK/AJB)

vs.                                 **DISQUALIFICATION AND
                                         ORDER FOR REASSIGNMENT**

PharmaCare Management Services,
Inc., Giant of MD LLC and Stop &
Shop Supermarket Co. LLC, Smith
Drug Company, Inc., Kenneth Doom,
President,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 16, 2006

                                               s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge